# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1574
Lower Tribunal No. 2024-CA-001120

_____

BRENDA LAGARES and MARIA LUZ VARGAS,

Appellants,

v.

JANETTE LAGARES,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Christine E. Arendas, Judge.

June 19, 2026

PER CURIAM.

AFFIRMED.  *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Shawn G. Rader and Allison H. Gray, of Lowndes, Drosdick, Doster, Kantor & Reed, P.A., Orlando, for Appellants.

Robert Salta, of The Law Offices of Stephen K. Hachey, P.A., Riverview, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED